IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:23-CR- 498 (GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **RICARDO LANE and** | ) Violation:    21 U.S.C. §§ 841(a)(1) and 846 |
| **ALBA BERRIOS,** | ) [Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances] |
| **Defendants.** | ) |
| | ) 1 Count |
| | ) County of Offense:    Onondaga |

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Dec 07 - 2023
John M. Domurad, Clerk

## THE GRAND JURY CHARGES:

### COUNT 1
**[Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances]**

From in or about April 2021 to on or about July 2022, in Onondaga County in the Northern District of New York, and elsewhere, the defendants,

**RICARDO LANE and ALBA BERRIOS,**

conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute one or more controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. As to **RICARDO LANE** and **ALBA BERRIOS**, that violation involved five kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

As to **RICARDO LANE**, before the defendant committed the offense charged in this count, the defendant had a final prior conviction for a serious drug felony, that is, a conviction for

conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, in United States District Court for the Northern District of New York on or about January 25, 2007, for which a maximum term of imprisonment of ten years or more is prescribed by law, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

As to **ALBA BERRIOS**, before the defendant committed the offense charged in this count, the defendant had a final prior conviction for a serious drug felony, that is, a conviction for conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, in United States District Court for the Northern District of New York on or about September 27, 2002 and amended on March 22, 2008, for which a maximum term of imprisonment of ten years or more is prescribed by law, for which she served more than 12 months of imprisonment, and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Dated: December 7, 2023

A TRUE BILL

*NAME REDACTED*

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Richard Southwick
Assistant United States Attorney
Bar Roll No. 506265

2